# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPUTY GUILTRON,<br><br>    Defendant. | 1:18-cv-01364-DAD-GSA-PC<br><br>**ORDER DISREGARDING PLAINTIFF'S MOTION AS MOOT**<br>**(ECF No. 11.)** |

William J. Gradford ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On October 9, 2018, Plaintiff filed a motion for the court to reassign this case to the Fresno Division of the Eastern District of California and relate the case to Plaintiff's other related cases. (ECF No. 11.)

Plaintiff's motion is moot because the orders sought by Plaintiff have already been issued. This case was filed in the Sacramento Division of the United States District Court for the Eastern District of California on October 1, 2018. (ECF No. 1.) On October 4, 2018, the case was transferred to the Fresno Division of the Eastern District. (ECF No. 5.) On October 9, 2018, the court issued an order relating this case to Plaintiff's other related cases and reassigning the case to the dockets of District Judge Dale A. Drozd and Magistrate Judge Gary

1

S. Austin. (ECF No. 8.) Thus, the orders sought by Plaintiff have already been issued, and Plaintiff's motion shall be disregarded as moot.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the court to reassign this case to the Fresno Division of the Eastern District of California and relate the case to Plaintiff's other related cases, filed on October 9, 2018, is DISREGARDED as moot.

IT IS SO ORDERED.

    Dated: **October 14, 2018**        **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE