UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>GUILTRON,<br><br>    Defendant. | No. 1:18-cv-01364-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S MOTION TO DISMISS, AND DISMISSING THIS ACTION<br><br>(Doc. Nos. 35, 38) |

Plaintiff William J. Gradford is a former state prisoner appearing *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 7, 2020, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion to dismiss this action (Doc. No. 35) be granted. (Doc. No. 38.) Specifically, the magistrate judge recommended that this action be dismissed with prejudice because plaintiff had already settled this action and signed a release of all claims, which the magistrate judge found to be a valid, clear, and unambiguous waiver of his legal claims against defendant. (*Id.* at 6.) The findings and recommendations were served on the parties and contained notice that any objections thereto were due within fourteen (14) days after service. (*Id.* at 7.) To date, no objections have been filed, and the time in which to do so has since passed.

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on December 7, 2020 (Doc. No. 38) are adopted in full;
2. Defendant's motion to dismiss (Doc. No. 35) is granted;
3. This action is dismissed with prejudice; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 11, 2021**                     /s/ Dale A. Drozd
                                                 UNITED STATES DISTRICT JUDGE